# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MONCADA et al., | Case No.: 1:11-cv-01352 AWI JLT |
| Plaintiffs, | ORDER DENYING EX PARTE APPLICATION AS MOOT AND UNNECESSARY |
| v. | |
| PETROLEUM GEO-SERVICES, et al., | (Doc. 19) |
| Defendants. | |

On September 29, 2011, Plaintiffs filed an ex parte application seeking a continuance of the hearing on the motion to dismiss, currently set on October 24, 2011, to a date in January 2012. (Doc. 19 at 3) Likewise, Plaintiffs sought leave to amend their complaint and to conduct jurisdictional discovery. Id. at 4-5. In the meantime, on October 4, 2011, on its own motion, the Court continued the hearing on the motion to dismiss to November 21, 2011. (Doc. 23)

Whether Plaintiffs will be granted leave to amend will be determined in conjunction with the motion to dismiss. Until this occurs, jurisdictional discovery is premature. Alternatively, in light of Plaintiffs' assertion that the defendants do not oppose the filing of an amended complaint (Doc. 19 at 4), Plaintiff may file a stipulation to this effect for the Court's consideration.

///

Therefore, the Court **ORDERS** that the ex parte application is **DENIED** as **MOOT** and **UNNECESSARY**.

IT IS SO ORDERED.

Dated:   **October 5, 2011**                                          **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE