UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MONCADA, MAGDALENO ORTEGA ROGELIO NAVA, JUAN GARCIA GUZMAN, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>PETROLEUM GEO-SERVICES, a Norwegian Corporation; GEOKINETICS, INC., a Delaware Corporation; and DOES 1-20,<br><br>Defendants. | Case No.  11-CV-01352-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFFS' MOTION FOR REMAND**<br><br>**(Doc. 30)** |

Based upon the concurrently filed Stipulation to Continue the hearing date of Plaintiffs' Motion for Remand, and finding good cause therefor, it is hereby ORDERED that, Plaintiffs' Motion for Remand scheduled on October 17, 2011 is continued to October 24, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:    **October 13, 2011**          /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE