UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MONCADA, MAGDALENO ORTEGA, ROGELIO NAVA, JUAN GARCIA GUZMAN, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>PETROLEUM GEO-SERVICES, a Norwegian corporation; GEOKINETICS, INC., a Delaware corporation; and DOES 1-20,<br><br>Defendant. | CASE NO. 1:11-cv-01352-AWI-GSA<br><br>CLASS ACTION<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON DEFENDANT PETROLEUM GEO-SERVICES' MOTION TO DISMISS<br><br>[Filed concurrently with Stipulation to Continue Hearing and Briefing Schedule on Defendant's Motion to Dismiss] |

Based upon the concurrently filed Stipulation to Continue the hearing date and briefing schedule of the Motion to Dismiss filed by Defendant Petroleum Geo-Services, it is hereby ORDERED that:

///

///

///

///

///

///

1.  The Motion to Dismiss scheduled on November 21, 2011 is continued to December 12, 2011. The opposition brief in connection with this motion shall be submitted no later than November 28, 2011, and the reply brief shall be submitted no later than December 5, 2011.

IT IS SO ORDERED.

Dated:    November 1, 2011

CHIEF UNITED STATES DISTRICT JUDGE